# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NKD DIVERSIFIED ENTERPRISES, INC., et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>FIRST MERCURY INSURANCE COMPANY, et al.,<br><br>             Defendants. | Case No.  1:14-cv-00183-AWI-SAB<br><br>ORDER STRIKING REPLY AND VACATING APRIL 30, 2014 HEARING<br><br>(ECF No. 10) |

Plaintiffs filed a motion to remand on March 10, 2014.  (ECF Nos. 5-7.)  A hearing on Plaintiffs' motion to remand was set for April 30, 2014 at 10:00 a.m. before the undersigned. (ECF No. 5.)  Defendants filed an opposition to the motion on April 16, 2014.  (ECF No. 9.) Plaintiffs filed a reply on April 24, 2014.  (ECF No. 10.)

Pursuant to the Local Rules of the United States District Court, Eastern District of California, a party's reply is due "[n]ot less than seven (7) days preceding the date of the hearing."  L.R. 230(d).  Plaintiff did not seek leave to file a late reply nor was a reason provided as to why the reply was not timely filed.  Plaintiffs' reply is untimely and for that reason shall be stricken from the record.

The Court, having reviewed the record, finds this matter suitable for decision without oral argument.  See Local Rule 230(g).  Therefore, the matter shall be taken under submission and the

1

hearing set for April 30, 2014, shall be vacated.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiffs' reply, filed April 24, 2014, is STRICKEN FROM THE RECORD as untimely filed; and

2. The previously scheduled hearing set on April 30, 2014, at 10:00 a.m. is VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **April 25, 2014**

UNITED STATES MAGISTRATE JUDGE