# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NKD DIVERSIFIED ENTERPRISES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FIRST MERCURY INSURANCE COMPANY, et al., <br><br> Defendants. | Case No.  1:14-cv-00183-AWI-SAB <br><br> ORDER DENYING PLAINTIFF'S APPLICATION TO FILE A LATE REPLY <br><br> (ECF No. 12) |

    Plaintiff filed a motion to remand this action to state court on March 10, 2014.  On April 16, 2014, Defendants filed an opposition.  On April 24, 2014, Plaintiff's filed an untimely reply.  On April 25, 2014, the Court issued an order finding the action suitable for decision on the pleadings, vacating the hearing on the motion, and striking Plaintiff's untimely reply.  On April 25, 2014, Plaintiffs filed an application to file a late reply.

    Concurrently with this order, the Court has issued a findings and recommendations recommending granting Plaintiffs' motion to remand.  Accordingly, the Court HEREBY DENIES Plaintiffs' application to file a late reply as MOOT.

IT IS SO ORDERED.

Dated:  **April 28, 2014**

UNITED STATES MAGISTRATE JUDGE

1